# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>SF MARKETS, LLC dba SPROUTS FARMERS MARKET; G&I VII BRENTWOOD LP,<br><br>   Defendants. | Case No. 3:17-cv-02010-MEJ<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: April 11, 2017<br>Trial Date: None<br>Magistrate Judge: Hon. Maria-Elena James<br>        Courtroom B, San Francisco |

  The Court, having considered the Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure jointly filed by the parties, finds that this entire action shall be dismissed with prejudice. Each party is to bear her or its own attorneys' fees, costs, and expenses.

  **IT IS SO ORDERED.**

Dated 8/3/17

Honorable Maria-Elena James, Magistrate Judge
UNITED STATES DISTRICT COURT

30631460_1.docx

Case No. 3:17-cv-02010-MEJ
[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)